UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBIN ANZALONE COLLURA

VERSUS

THE SUCCESSION OF JAMES
ANTHONY COLLURA AND
ANTHONY JOSEPH COLLURA

CIVIL ACTION

NO. 15-645-JJB-EWD

### RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes, dated June 13, 2016 (doc. no. 21) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Plaintiff's Motion to remand is GRANTED IN PART AND DENIED IN PART. The court exercises federal jurisdiction over Plaintiff's claim to the proceeds of the Stihl 401(k). The Plaintiff's state law claims, including Plaintiff's claim to the proceeds of Decedent's life insurance policy are REMANDED to the 21st Judicial District for the Parish of Livingston, State of Louisiana, for further proceedings. The request for costs and fees associated with removal is DENIED.

Baton Rouge, Louisiana, this ___ day of August, 2016.

_____
JAMES J. BRADY
UNITED STATES DISTRICT JUDGE